**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **SHARI SHALOW-WILSON and ELIZA BENITEZ, Individually and On Behalf of All Others Similarly Situated, Plaintiffs,** | § § § § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 4:09-cv-03987** |
| | § | |
| **CALVARY  TRANSPORT  SERVICES, LLC. and ANA POSADA, Defendants.** | § § § | **JURY DEMANDED** |

## SUGGESTION OF BANKRUPTCY

Defendants, Ana Posada and William Drummond have filed a petition for relief under Title 11, United States Code, in the United States Bankruptcy Court for the Southern District of  Texas, Houston Division, that has been assigned case number  11-32526 and suggests that this action has been stayed by the operation of Title 11 U.S.C. §362.

The undersigned certifies that a copy hereof has been furnished to Plaintiffs, by and through their attorney of record, Ms. Melissa Moore, whose address is 440 Louisiana Street, Suite 675, Houston, Texas 77002, by CM/ECF and hand delivery on this the 28th day of March, 2011.

The Vethan Law Firm


/s/ lee keller king_____
Lee Keller King
South District Bar No. 18847
Texas Bar No. 00792016
3501 Allen Parkway
Houston, Texas 77019
(713) 526-2222 voice
(713) 526-2230 facsimile